An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

MATTHEW PIERCE FLAHERTY, AS AN INDIVIDUAL AND AS GUARDIAN AD LITEM FOR MACKENNA RYAN FLAHERTY, AS INDIVIDUALS, AND AS BENEFICIARIES UNDER THE ANDREW M. FLAHERTY LIVING TRUST AS TOTALLY AMENDED AND RESTATED DATED DECEMBER 11, 2006, AND AS HEIRS OF THE AMF IRREVOCABLE TRUST ESTATE OF ANDREW MARTIN FLAHERTY,
Appellants,
vs.
ROBERT MARTIN, AND INDIVIDUAL; AND MARTIN & ALLISON, LTD., A NEVADA PROFESSIONAL CORPORATION,
Respondents.

No. 64666

**FILED**

AUG 2 0 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, this appeal is hereby dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. Gloria Sturman, District Judge
Paul H. Schofield, Settlement Judge
John Peter Lee Ltd.
Lemons, Grundy & Eisenberg
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

14-27368